# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| ROBERT EARL STEWART, | Case No. 2:16-cv-01764-APG-PAL |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER DENYING AS PREMATURE MOTION FOR JURY TRIAL** |
| WARDEN BURNS, | (ECF No. 11) |
| Defendant. | |

Plaintiff Robert Earl Stewart has filed a motion for a jury trial. ECF No. 11. His Complaint contains a demand for a jury trial. ECF No. 5. To the extent Stewart's motion seeks a trial date, that request is premature.

IT IS ORDERED that plaintiff Robert Earl Stewart's motion for jury trial **(ECF No. 11) is DENIED without prejudice** as premature.

DATED this 6th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE